**Preflight Summary Report for 10-11547_TDR.PDF**
**Profile: Convert to PDF/A (Copy 2) (Processed pages 1 to 12)**
**Processed by lmm, Date: 9/11/2012 9:23 AM**

### Fixups
- Convert to PDF/A-1a (1 object)
- Flatten transparency (high resolution) (1 object)
- Remove all alternate images (1 object)
- Discard hidden layer content and flatten visible layers (1 object)
- Remove document structure compression (1 object)
- Recompress LZW as ZIP (1 object)
- Convert color to sRGB (5500 objects)
- Embed fonts (4 objects)

### Results (Summary)
**Error**
- MarkInfo missing
- Structured PDF: Structure tree root entry missing
- Transparency used (stroked object with CA value smaller than 1.0) (474 matches on 5 pages)

### Document information
File name: "10-11547_TDR.PDF"
Path: "Q:\EPI\TCMSWIN\DOCMAN\10-11547"
PDF version number: "1.6"
File size (KB): 540.3
Producer: "iText 2.1.5 (by lowagie.com)"
Created: "9/10/2012 3:54 PM"
Modified: "9/11/2012 9:22 AM"
Trapping: "Unknown"
Number of plates: 4
Names of plates: "(Cyan) (Magenta) (Yellow) (Black) "

### Environment
Preflight, 9.2.0 (065)
Acrobat version: 9.52
Operating system: Microsoft Windows XP Professional Service Pack 3 (Build 2600)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § § | |
| DIAZ, CAROLE EILEEN | § § | Case No. 10-11547 REG |
| Debtor(s) | § § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

KENNETH P. SILVERMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   (see **Exhibit 2**), yielded net receipts of $   from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (5/1/2011) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___ . The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/KENNETH P. SILVERMAN_____
                                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | BAC Home Loans Servici 450 American St Simi Valley, CA 93065 |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

UST Form 101-7-TDR (5/1/2011) *(Page: 3)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KENNETH P. SILVERMAN, ESQ., TRUSTEE | | | | | |
| SILVERMANACAMPORA LLP | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| SILVERMANACAMPORA LLP | | | | | |
| SILVERMANACAMPORA LLP | | | | | |
| PARITZ & CO PA | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 4)*

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | INTERNAL REVENUE SERVICE | | | | | |
| 2 | NYS DEPARTMENT OF TAX & FINANCE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | | | | |
| | Bank of America PO Box 15026 Wilmington, DE 19850 | | | | | |
| | Bank of America PO Box 15026 Wilmington, DE 19850 | | | | | |
| | Blmdsnb 9111 Duke Blvd Mason, OH 45040 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One, N.A. 2730 Liberty Ave Pittsburgh, PA 15222 | | | | | |
| | Gemb/Banarepdc PO Box 981400 El Paso, TX 79998 | | | | | |
| | Global Credit & Collections Corp. 300 International Drive PMB #10015 Buffalo, NY 14221 | | | | | |
| | Mcydsnb 9111 Duke Blvd Mason, OH 45040 | | | | | |
| | Rose & Rose 291 Broadway Suite 1202 New York, NY 10007 | | | | | |
| | Wfnnb/An Tlr PO Box 182273 Columbus, OH 43218 | | | | | |
| 5 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 6 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 10 | CAPITAL RECOVERY III LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | CAPITAL RECOVERY III LLC | | | | | |
| 9 | FIA CARD SERVICES, NA | | | | | |
| 4 | GARAGE MANAGEMENT COMPANY | | | | | |
| 13 | HSBC BANK NEVADA, NA | | | | | |
| 8 | PYOD LLC ITS SUCECESSORS & ASSIGNS | | | | | |
| 3 | RECOVERY MANAGEMENT SYSTEMS CORPORA | | | | | |
| 12 | ROUNDUP FUNDING LLC | | | | | |
| 1 | TARGET NATIONAL BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-11547 REG Judge: ROBERT E. GERBER | Trustee Name: KENNETH P. SILVERMAN |
| Case Name: | DIAZ, CAROLE EILEEN | Date Filed (f) or Converted (c): 03/24/10 (f) |
| | | 341(a) Meeting Date: 05/04/10 |
| For Period Ending: 09/10/12 | | Claims Bar Date: 08/23/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1/3 Interest in Condo located in Melbourne, FL (u) | Unknown | 1,823.67 | | 8,000.00 | FA |
| 2. Cash on Hand | 20.00 | 20.00 | DA | 0.00 | FA |
| 3. Checking Account - Capital One Bank | 12.24 | 12.24 | DA | 0.00 | FA |
| 4. Financial Account - Ameriprise Financial | 100.26 | 100.26 | DA | 0.00 | FA |
| 5. Residential Security Deposit | 2,300.00 | 2,300.00 | DA | 0.00 | FA |
| 6. Bed, Couch, Chair, Ottoman, Dinette Set, etc. | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 7. 4 Pictures | 100.00 | 100.00 | DA | 0.00 | FA |
| 8. 6 Suits,10 Jeans, 40 Tops, 25 Pairs of Shoes/Boots | 750.00 | 750.00 | DA | 0.00 | FA |
| 9. Miscellaneous Jewelry | 500.00 | 500.00 | DA | 0.00 | FA |
| 10. 1 Canon Camera | 200.00 | 200.00 | DA | 0.00 | FA |
| 11. Interest Deposits (u) | Unknown | N/A | | 1.39 | Unknown |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $4,982.50 | $6,806.17 | | $8,001.39 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee filed his Final Report on March 26, 2012, which was approved by the UST. The Final Hearing has been scheduled for August 22, 2012. The Trustee entered into negotiations and was successful in reaching a settlement with the Debtor for her 1/3 interest in real property located in Florida. The Trustee obtained Court approval and received the turnover of $8,000.

Initial Projected Date of Final Report (TFR): 09/30/11     Current Projected Date of Final Report (TFR): 09/30/11

LFORM1
Ver: 16.06d

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit 9

| Case No: | 10-11547 -REG | | Trustee Name: | KENNETH P. SILVERMAN |
| --- | --- | --- | --- | --- |
| Case Name: | DIAZ, CAROLE EILEEN | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******4308 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1484 | | | |
| For Period Ending: | 09/10/12 | | Blanket Bond (per case limit): | $ 93,810,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/17/10 | 1 | SILVERMANACAMPORA LLP IOLA FOR CAROLE EILEEN DIAZ | SETTLEMENT OF CLAIMS - CONDO | 1110-000 | 8,000.00 | | 8,000.00 |
| 11/30/10 | 11 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.06 | | 8,000.06 |
| 12/31/10 | 11 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.20 | | 8,000.26 |
| 01/31/11 | 11 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.20 | | 8,000.46 |
| 02/28/11 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 8,000.52 |
| 03/31/11 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,000.59 |
| 04/29/11 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 8,000.65 |
| 05/31/11 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.07 | | 8,000.72 |
| 06/30/11 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,000.79 |
| 07/11/11 | 000099 | SILVERMANACAMPORA LLP | REIMBURSEMENT OF TRUSTEE'S BOND PREMIUM FOR PERIOD 6/19/11 TO 6/19/12 | 2300-000 | | 4.35 | 7,996.44 |
| 07/29/11 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 7,996.50 |
| 08/31/11 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.07 | | 7,996.57 |
| 09/30/11 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.07 | | 7,996.64 |
| 10/31/11 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.07 | | 7,996.71 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 10.19 | 7,986.52 |
| 11/30/11 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.07 | | 7,986.59 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 9.85 | 7,976.74 |
| 12/30/11 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.07 | | 7,976.81 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 9.83 | 7,966.98 |
| 01/31/12 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.07 | | 7,967.05 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 10.45 | 7,956.60 |
| 02/29/12 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,956.66 |
| 02/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 9.46 | 7,947.20 |
| 03/28/12 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 7,947.26 |
| 03/28/12 | | Trsf To EMPIRE NATIONAL BANK | FINAL TRANSFER | 9999-000 | | 7,947.26 | 0.00 |
| | | | Page Subtotals | | 8,001.39 | 8,001.39 | |

Ver: 16.06d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 10-11547 -REG | Trustee Name: KENNETH P. SILVERMAN |
| Case Name: DIAZ, CAROLE EILEEN | Bank Name: BANK OF AMERICA |
| | Account Number / CD #: *******4308  Money Market Account (Interest Earn |
| Taxpayer ID No: *******1484 | |
| For Period Ending: 09/10/12 | Blanket Bond (per case limit): $ 93,810,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 8,001.39 | 8,001.39 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 7,947.26 | |
| Subtotal | 8,001.39 | 54.13 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 8,001.39 | 54.13 | |

Page Subtotals    0.00    0.00

Ver: 16.06d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-11547 -REG | | Trustee Name: | KENNETH P. SILVERMAN |
| Case Name: | DIAZ, CAROLE EILEEN | | Bank Name: | EMPIRE NATIONAL BANK |
| | | | Account Number / CD #: | *******3850  Checking Account |
| Taxpayer ID No: | *******1484 | | | |
| For Period Ending: | 09/10/12 | | Blanket Bond (per case limit): | $ 93,810,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |


| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/28/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 7,947.26 | | 7,947.26 |
| 08/22/12 | 000099 | KENNETH P. SILVERMAN, ESQ., AS TRUSTEE | Chapter 7 Compensation/Expense | 2100-000 | | 1,550.13 | 6,397.13 |
| 08/22/12 | 000100 | SILVERMANACAMPORA LLP | FINAL DISTRIBUTION | | | 3,426.52 | 2,970.61 |
| | | | Fees    2,436.50 | 3210-000 | | | |
| | | | Expenses    990.02 | 3220-000 | | | |
| 08/22/12 | 000101 | PARITZ & CO PA | FINAL DISTRIBUTION | 3410-000 | | 600.00 | 2,370.61 |
| 08/22/12 | 000102 | NYS Department of Tax & Finance Bankruptcy Section PO Box 5300 Albany, NY 12205 | FINAL DISTRIBUTION | 5800-000 | | 502.58 | 1,868.03 |
| 08/22/12 | 000103 | Internal Revenue Service PO Box 9019 Holtsville, NY 11742-9019 | FINAL DISTRIBUTION | 5800-000 | | 1,868.03 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | COLUMN TOTALS | | 7,947.26 | 7,947.26 | 0.00 |
| | Less: Bank Transfers/CD's | | 7,947.26 | 0.00 | |
| | Subtotal | | 0.00 | 7,947.26 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | Net | | 0.00 | 7,947.26 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********4308 | 8,001.39 | 54.13 | 0.00 |
| Checking Account - ********3850 | 0.00 | 7,947.26 | 0.00 |
| | 8,001.39 | 8,001.39 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    7,947.26    7,947.26

Ver: 16.06d

LFORM24

FORM 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-11547 -REG | | Trustee Name: | KENNETH P. SILVERMAN |
|---|---|---|---|---|
| Case Name: | DIAZ, CAROLE EILEEN | | Bank Name: | EMPIRE NATIONAL BANK |
| | | | Account Number / CD #: | *******3850 Checking Account |
| Taxpayer ID No: | *******1484 | | | |
| For Period Ending: | 09/10/12 | | Blanket Bond (per case limit): | $ 93,810,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Money Market Account (Interest Earn - ********4308

Checking Account - ********3850

Page Subtotals     0.00     0.00

Ver: 16.06d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*